UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA JUMONVILLE | CIVIL ACTION |
| VERSUS | NO: 12-1688 |
| RIVERTOWN REPERTORY THEATRE GUILD, INC. | SECTION: R |

### ORDER

Defendant, Rivertown Repertory Theatre Guild, Inc., filed a motion to dismiss plaintiff Linda Jumonville's complaint.[1] Plaintiff's complaint alleges claims under COBRA based on defendant's alleged failure to provide her with notice of the opportunity to continue coverage under her employer health plan after she was terminated. Defendant filed a motion to dismiss because the notice requirement under COBRA does not apply to employers with fewer than 20 employees. Plaintiff does not dispute that defendant employs fewer than 20 employees and she consents to dismissal of her complaint.[2] Accordingly, Jumonville's complaint is dismissed with prejudice.

New Orleans, Louisiana, this 18th day of December, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 5.

[2] R. Doc. 6.